IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARLO JOSEPH FELIX,
Alien # A43-678-886,

    Petitioner,

v.                        CASE NO. 4:06-cv-00197-MP-WCS

ALBERTO GONZALES, et al.,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 13, Report and Recommendation of the Magistrate Judge, which recommends dismissing Petitioner's petition for habeas corpus as moot. The Magistrate Judge filed the Report and Recommendation on Monday, August 7, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), the Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

The Respondents have filed a motion to dismiss, Doc. 12, which states that because Petitioner has been removed from the United States and deported to Haiti, Petitioner's petition for habeas corpus is now moot. As Petitioner is no longer in Respondents' custody, his petition is indeed moot. Accordingly, Respondents' motion to dismiss is granted and Petitioner's petition of habeas corpus is dismissed as moot. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Respondents' motion to dismiss is granted, and Petitioner's petition of habeas corpus is dismissed as moot.

**DONE AND ORDERED** this   *8th* day of September, 2006

       *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge